**No. 63245.**—Morris Friedman *v.* United States, protest 58/17819 (Philadelphia).

Opinion by FORD, J.   In accordance with stipulation of counsel that the merchandise consists of harness hardware for use with harness for dogs the

same in all material respects as that involved in *International Expediters, Inc., et al.* v. *United States* (38 Cust. Ct. 230, C.D. 1868), the claim of plaintiff was sustained.